# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>　v.<br>THOMAS PRINS,<br><br>　　　　　　　　Defendant. | Case No. 3:25-cv-05015-TMC<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO SEAL |

This matter comes before the Court on Plaintiffs' Motion to Seal the unredacted versions of (1) Exhibit A to the Complaint, Declaration of Allison Williams (Dkt. No. 1-3); and (2) Exhibit B to the Complaint, Declaration of Dr. Eddie Wang (Dkt. No. 1-4). For the reasons explained in the Government's motion (Dkt. 4), the Court finds there are compelling reasons to seal the unredacted materials that outweigh the public's interest in access to the full court record. Having considered the papers submitted herewith, it is hereby:

ORDERED that Plaintiff's Motion to Seal is GRANTED.

ORDER GRANTING PLAINTIFF'S MOTION TO SEAL - 1

Dated this 8th day of January, 2025.

*Tiffany M. Cartwright*
United States District Judge