UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>THOMAS PRINS,<br><br>　　　　　　Defendant. | Case No. 3:25-cv-05015-TMC<br><br>ORDER TO IDENTIFY PRO BONO COUNSEL |

　　　The Court ORDERS that, pursuant to Section 3(d) of this District's Pro Bono Plan, appointment of counsel is warranted and the Pro Bono Coordinator shall identify an attorney or law firm from the Pro Bono Panel for appointment to represent Mr. Prins in this matter.

　　　The United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") is directed to provide a copy of this order to Mr. Prins as soon as possible.

　　　Dated this 10th day of January, 2025.

　　　　　　　　　　　　　　　　　　　　　Tiffany M. Cartwright
　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER TO IDENTIFY PRO BONO COUNSEL - 1