UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-cv-05015-TMC |
| Plaintiff, | ORDER APPOINTING COUNSEL |
| v. | |
| THOMAS PRINS, | |
| Defendant. | |

This matter comes before the Court on the Court's order granting an emergency ex parte motion for a temporary restraining order to provide involuntary medical treatment. Dkt. 7.

## I.    BACKGROUND

On January 8, 2025, the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), by and through the United States Attorney for the Western District of Washington ("USAO"), filed a complaint and an ex parte emergency motion for a temporary restraining order permitting the government to immediately conduct involuntary blood draws, collection of urine samples, physical examination, and to administer involuntary intravenous hydration for Thomas Prins. Dkt. 1; Dkt. 3. Mr. Prins is being held as a civil detainee at the Northwest ICE Processing Center in Tacoma, Washington. Dkt. 3 at 1. ICE sought

ORDER APPOINTING COUNSEL - 1

authorization for treatment to prevent irreparable harm to Mr. Prins because at the time, he had been on hunger strike for approximately two weeks. *See id.* at 2.

On the same day, the Court temporarily granted ICE's motion. Dkt. 7. The Court issued a notice for a preliminary injunction hearing on January 23, 2025, Dkt. 10, and ordered ICE to provide a status report regarding Mr. Prins's condition and any supplemental briefing on its request for a longer injunction no later than January 22, 2025. Dkt. 7 at 5. The Court also ordered that Mr. Prins be appointed pro bono counsel under Section 3(d) of the Plan and Rules of the United States District Court for the Western District of Washington at Tacoma for the Representation of Pro Se Litigants ("Pro Bono Plan"). Dkt. 9. Based on the facts, issues briefed, and its preceding orders, the Court finds it appropriate to appoint counsel to represent Mr. Prins.

## II.    APPOINTMENT OF COUNSEL

The Court hereby appoints Joseph Bringman of the law firm Perkins Coie (1201 3rd Ave, Ste 4900, Seattle, WA 98101, (206) 359-8000, JBringman@perkinscoie.com), as counsel for Mr. Prins under the District's Pro Bono Plan.

## III.    CONCLUSION

Appointed counsel for Mr. Prins is directed to file a Notice of Appearance as soon as possible but no later than January 22, 2025. If counsel is unable for a reason set forth in the Pro Bono Plan to assume this representation, a motion for relief from appointment should be immediately filed with the assigned judge. Because Mr. Prins is in custody, ICE is directed to provide him with a copy of this order. ICE is also directed to work with appointed counsel to facilitate his communication with Mr. Prins. After the notice of appearance is filed, the courtroom deputy for the undersigned judge will contact counsel to arrange a status conference.

**IT IS SO ORDERED.**

Dated this 17th day of January, 2025.

Tiffany M. Cartwright
United States District Judge