UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-cv-05015-TMC |
| Plaintiff, | ORDER TERMINATING TEMPORARY RESTRAINING ORDER TO PROVIDE INVOLUNTARY MEDICAL TREATMENT |
| v. | |
| THOMAS PRINS, | |
| Defendant. | |

Having considered the record, the Court grants the Government's Motion to Terminate the Temporary Restraining Order to Provide Involuntary Medical Treatment. Dkt. No. 7. The Government avers that Thomas Prins has demonstrated adequate caloric intake and has been taken off hunger strike protocol. Dkt. 13–2. As a result, the requested mandatory injunctive relief is no longer medically necessary.

It is further ordered that the hearing set for January 23, 2025, at 1:00 pm is cancelled.

The clerk shall close the case.

SO ORDERED.

ORDER TERMINATING TEMPORARY RESTRAINING ORDER TO
PROVIDE INVOLUNTARY MEDICAL TREATMENT - 1

DATED this 22nd day of January, 2025.

Tiffany M. Cartwright
United States District Judge